■ CHRISTINA CORRADINA, Respondent, v ROBERT SASKO, Appellant; et al., Defendant.—In a negligence action to recover damages for personal injuries, defendant Robert Sasko appeals from an order of the Supreme Court, Westchester County (Martin, J.), entered September 14, 1984, which denied his motion to vacate a default judgment entered against him.

Order affirmed, with costs.

In the absence of a reasonable excuse justifying the failure to enter a notice of appearance and serve an answer, Special Term did not abuse its discretion in denying Robert Sasko's motion to vacate the default judgment entered against him. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ ROY DAVIS et al., Respondents, v OLD WORLD DESIGN et al., Appellants.—In an action to recover damages for personal injuries, etc., defendants appeal from an order of the Supreme Court, Nassau County (Burke, J.), dated November 27, 1984, which denied their motion for leave to conduct an examination before trial and physical examination of the plaintiff Roy Davis after the filing of a note of issue.

Order affirmed, with costs.

Under all of the circumstances presented, Special Term did not err or abuse its discretion in denying defendants' motion. Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.